ly. Williams appeals. He argues that the trial court abused its discretion in excluding evidence of the victim's sexual contact with her ex-boyfriend following her encounter with Williams. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).

following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**

Robert A. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

WD 76842

Missouri Court of Appeals,
Western District.

Order filed: April 14, 2015

Damien S. De Loyola, for Appellant

Robert J. Bartholomew, Jefferson City, for Respondent

Before Division Two: Anthony Rex Gabbert, Presiding, Judge, Joseph M. Ellis, Judge and Karen King Mitchell, Judge

### ORDER

PER CURIAM:

Robert Williams appeals from the Circuit Court of Platte County's denial of his Rule 29.15 motion for post-conviction relief

Darl D. FERGUSON and Deloris M. Ferguson Trustees of the Darl D. Ferguson and Deloris M. Ferguson Amended Irrevocable Trust, Appellants,

v.

Peggy HOFFMAN and Penny Hoffman, Respondents.

WD 77674

Missouri Court of Appeals,
Western District.

OPINION FILED: April 14, 2015

